ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  steven.shevorski@akerman.com

*Attorneys for Defendants
Bank of America, N.A., incorrectly sued as
Bank of America Home Loans LLC and PRLAP, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BOLD, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, LLC, a DIVISION OF BANK OF AMERICA, N.A., a Delaware Corporation, PRLAP, DOES I-X; ROES I-X Corporations,<br><br>             Defendants. | Case No.: 2:12-cv-01978-GMN-CWH<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT DUE TO IMPROPER SERVICE OF PROCESS** |

      Defendants, Bank of America, N.A. (**BANA**) and PRLAP, Inc. (**PRLAP**) hereby submit this Notice of Non-Opposition to their Motion to Set Aside Default Due to Improper Service of Process.

      Defendants filed their motion to set aside default due to improper service of process on **November 15, 2012**.  *See* **Doc #4**.  Plaintiff's response was due on **December 3, 2012.**  Plaintiff failed to respond to the motion.

/ / /

/ / /

/ / /

{25516853;1}

1  A party's failure to timely file an opposition constitutes consent to the granting of the motion.
2  *See* LR 7-2(d).  Plaintiff has not opposed Defendants' motion to set aside default.  The Court should
3  enter an order granting the motion.

4  DATED this 6th day of December, 2012.

5  **AKERMAN SENTERFITT LLP**

7  /s/ Steven G. Shevorski
   ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
8  STEVEN G. SHEVORSKI, ESQ.
   Nevada Bar No. 8256
9  1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89144

11 *Attorneys for Defendants Bank of America, N.A.,
   incorrectly sued as Bank of America Home Loans LLC and
12 PRLAP, INC.*

**IT IS SO ORDERED**

Dated: December 6, 2012.

_____
UNITED STATES DISTRICT JUDGE

{25516853;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 6th day of December, 2012, and FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT DUE TO IMPROPER SERVICE OF PROCESS**, postage prepaid and addressed to:

David Bold
900 W. Warm Springs Road, Suite 102
Henderson, NV 89011

*Plaintiff Pro Se*

/s/ Debbie Julien
An employee of AKERMAN SENTERFITT LLP

{25516853;1}