UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BOLD,<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS LLC *on behalf of* BANK OF AMERICA, N.A., PRLAP, INC., and RECONTRUST COMPANY, NA,<br><br>            Defendants. | Case No.: 2:12-cv-01978-GMN-CWH<br><br>**ORDER** |

On September 19, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by October 11, 2013, warning that failure to do so will result in dismissal with prejudice. (Order, ECF No. 20.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge